IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-473-FDW-DCK

| | |
|---|---|
| ITW CHARLOTTE, LLC, ONCE, LLC, and BURLINGAME INVESTMENTS HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ITW COMMERCIAL CONSTRUCTION, NORTH AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Paul J. Osowski, concerning David J. Schaller on August 29, 2017. Mr. David J. Schaller seeks to appear as counsel *pro hac vice* for Defendant ITW Commercial Construction, North America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **GRANTED.** Mr. David J. Schaller is hereby admitted *pro hac vice* to represent Defendant ITW Commercial Construction, North America.

**SO ORDERED**.

Signed: August 29, 2017

David C. Keesler
United States Magistrate Judge