IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-473-FDW-DCK

| | |
|---|---|
| ITW CHARLOTTE, LLC, ONCE, LLC, and BURLINGAME INVESTMENTS HOLDINGS, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>ITW COMMERCIAL CONSTRUCTION, NORTH AMERICA, <br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by Paul J. Osowski, concerning Hugh Q. Gottschalk on August 29, 2017. Mr. Hugh Q. Gottschalk seeks to appear as counsel *pro hac vice* for Defendant ITW Commercial Construction, North America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Mr. Hugh Q. Gottschalk is hereby admitted *pro hac vice* to represent Defendant ITW Commercial Construction, North America.

**SO ORDERED**.

Signed: August 29, 2017

David C. Keesler
United States Magistrate Judge